

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXWXXXXXX
ATTORNEY GENERAL

Honorable Tom L. Beauchamp
Secretary of State
Austin, Texas

                              Attention:  Mr. Claude A. Williams

Dear Sir:

                              Opinion No. O-1140
                              Re:  Statutes applicable to a foreign
                                   corporation issuing no par value
                                   stock and applying for a permit to
                                   do business in Texas.

We acknowledge receipt of your letter of July 19, in which you request
the opinion of this department on the following three questions:

    "1.  In the matter of a foreign corporation with non par
    value shares of stock, must such corporation show that
    at least $25,000 of the non par value shares have been
    subscribed and paid for which in no event shall be less
    than ten per cent of the capital stock?

    "2.  In case of a foreign corporation with both par and
    non par shares, would such corporation have to show that
    50% of its par value shares has been subscribed and 10%
    paid in, providing that such non par value shares shall
    be not less than $25,000 paid in?

    "3.  Would Article 1530 of the Revised Civil Statutes
    control in all instances in the matter of foreign
    corporations, that is, must each foreign corporation,
    regardless of its division of capital stock into par
    and non par shares, be controlled by this article of
    the Statutes, regardless of the limitations conferred
    by virtue of the non par value Act?"

As you indicate in your letter,, in an Opinion dated August 2, 1926,
addressed to Hon. D. A. Gregg, Acting Secretary of State, Assistant
Attorney General George E. Christian answered the identical
questions set out above; the first two in the negative and the third
in the affirmative.

The provisions of Chapter 19a, Title 32, Revised Civil Statutes of 1925, apply only to the organization of domestic corporations and the amendment of charters of domestic corporations.  The articles contained in Chapter 19, Title 32, Revised Civil Statutes of 1925, set forth the conditions under which a foreign corporation will be permitted to do business in Texas.  We enclose a copy of the Opinion of Assistant Attorney General Christian, with which we fully concur.

                              Yours very truly

                    ATTORNEY GENERAL OF TEXAS

                    s/  Ross Carlton


                    By
                         Ross Carlton
                         Assistant

RC:in-ldw
ENC.

APPROVED JULY 28, 1939
s/ W. F. MOORE
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTTE
BY R. W. F.
CHAIRMAN